**Fill in this information to identify the case:**

Debtor 1 _Ronald Dean Barlow, Sr._

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the _Western_ District of _Tennessee_
(State)

Case number _18-21340_

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Bayview Loan Servicing, LLC, a Delaware Limited Liability Company

**Court claim No. (if known):** 9

**Last 4 digits** of any number you use to identify the debtor's account: 9194

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ _____ |
| 3. Attorney Fees | | (3) $ _____ |
| 4. Filing fees and court costs | | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | 05/16/2018 | (5) $ 400.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ _____ |
| 7. Property inspection fees | 05/18/2018, 05/25/2018, 06/22/2018, 07/27/2018 | (7) $ 44.00 |
| 8. Tax advances (non-escrow) | | (8) $ _____ |
| 9. Insurance advances (non-escrow) | | (9) $ _____ |
| 10. Property preservation expenses. Specify: | | (10) $ _____ |
| 11. Other. Specify: Preparation of 410A | 05/16/2018 | (11) $ 250.00 |
| 12. Other. Specify: | | (12) $ _____ |
| 13. Other. Specify: | | (13) $ _____ |
| 14. Other. Specify: | | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2    **Notice of Postpetition Mortgage Fees, Expenses, and Charges**    page 1

| Debtor 1 | Ronald Dean Barlow, Sr. | | | Case Number *(if known)* | 18-21340 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X** /s/ **Janet M. Spears**
Signature

Date **August 7, 2018**

Print: Janet M. Spears
First Name    Middle Name    Last Name

Title: Agent for Creditor

Company: Aldridge Pite, LLP

Address: 4375 Jutland Dr. Suite 200; P.O. Box 17933
Number    Street

San Diego    CA    92177-0933
City    State    Zip Code

Contact phone  (858)-750-7600

Email  jspears@aldridgepite.com

ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE (MEMPHIS)

| | |
|---|---|
| In re | Case No. 18-21340 |
| RONALD DEAN BARLOW, SR., | Chapter 13 |
| Debtor(s). | PROOF OF SERVICE |

I, Ebony Ishmon, declare that:

I am employed by Aldridge Pite, LLP. My business address is: Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atlanta, GA 30305. I am over the age of eighteen years and not a party to this case.

On August 13, 2018, I served the Notice of Postpetition Mortgage Fees, Expenses, and Charges in said case by electronic means through the court's CM/ECF system or by causing true and correct copies to be enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, addressed as follows. A total of three (3) parties have been served. SEE ATTACHED SERVICE LIST.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 13, 2018     /s/ Ebony Ishmon
                           EBONY ISHMON

## SERVICE LIST

**DEBTOR(S)**
**(VIA U.S. MAIL)**

Ronald Dean Barlow, Sr.
174 Spring Street
Ripley, TN 38063


**DEBTOR(S) ATTORNEY**
**(VIA ELECTRONIC NOTICE)**

Scott Lovelace
Law Office of Scott Lovelace
141 North Main Street
Ripley, TN 38063
lovelaceripley@aol.com


**CHAPTER 13 TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Sylvia F. Brown
200 Jefferson Ave. Suite #1113
Memphis, TN 38103
ecf@ch13sfb.com

**UNITED STATES TRUSTEE**
**(VIA ELECTRONIC NOTICE)**

Department of Justice
Western District of Tennessee - Memphis Division
U.S. Trustee
Office of the U.S. Trustee
One Memphis Place
200 Jefferson Avenue, Suite 400
Memphis, TN 38103
ustpregion08.me.ecf@usdoj.gov